# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142109 & (21)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                         SC: 142109
                                         COA: 297248

LONZO BONNER,
        Defendant-Appellant.
                                           Wayne CC: 95-006374-FC

_____/

      On order of the Court, the application for leave to appeal the October 11, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

t0418

                                      Clerk